

### [ DEANE v. PEACOCK ]

Thomas Deane plaint. ag[t] Samuel Peacock Defend[t] in an action of debt of twenty Seven pounds nine Shillings & six pence in mony due by bill or Specialty under his hand bearing date the. 10th of March. 1674/5 with due interest & other due damages according to attachment Dat. July. 20th 1675. . . . The Jury . . . founde for the plaint. twenty Seven pounds Seventeen Shillings & ten pence in mony & costs of Court. twenty Five Shillings & two pence.

Execucion issued Aug[o] 4th 1675.

### [ RUCK et al v. WHARTON ]

John Ruck Rich[d] Lord & John Blackleich or either of them plaint. ag[t] Rich[d] Wharton Defend[t] The plaint. withdrew his action.

### [ NONAN v. LILLY ]

Daniel Nonan plaint. ag[t] Edward Lilly Defendant in an action of the case for not giving the saide Nonan two Suites of apparrell